**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1687**

———————

HERSCHELL L. HARRIS,

Plaintiff - Appellant,

versus

STANTON H. FERGUSON, JR., Chief, Operations
Division; A. CATHERINE AMIDON, Chief, IMOO;
ROSITA PARKS, Director; SHIRLEY HOHN, Shift
Leader,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-96-239)

———————

Submitted: January 9, 1997          Decided: January 24, 1997

———————

Before HALL and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Herschell L. Harris, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Herschell L. Harris appeals the district court's order denying his tort action as legally frivolous under 28 U.S.C. § 1915 (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Harris v. Ferguson, No. CA-96-239 (E.D. Va. Mar. 21, 1996). We deny Harris's motions to appoint counsel, for discovery, for expedited treatment, and for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2